**Edward J. HAAB, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 02–3241.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2003.

Before MAYER, Chief Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.